# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>        Plaintiff,                  )<br>                                     )<br>vs.                                  )<br>                                     )<br>120,829.36 IN BANK ACCOUNT FUNDS,    )<br>*et al.*,                            )<br>                                     )<br>        Defendants.                  )<br>_____) | Case No.  2:10-cv-02243-ECR-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file an interim status report required by Minute Order dated December 27, 2010. The Minute Order (#30) required the parties to file a Joint Status Report no later than January 26, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with Minute Order #30 no later than **February 14, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge